JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID J. EDWARDS, | ) | CASE NO. CV 11-06487 MMM (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of DAVID J. EDWARDS for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 30, 2012

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE